IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA CIMINO; SAMUEL CIMINO, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>KOHALA ZIPLINE, LLC; HAWAII FOREST & TRAIL, LTD., <br><br>　　　　Defendants. <br>_____ <br><br>KOHALA ZIPLINE, LLC, <br><br>　　　　Third-Party Plaintiff, <br><br>　vs. <br><br>ARBOR GLOBAL LLC; BONSAI DESIGN, LLC, <br><br>　　　　Third-Party Defendants. <br>_____ <br><br>ARBOR GLOBAL LLC, <br><br>　　　　Fourth-Party Plaintiff, <br><br>　vs. <br><br>BONSAI DESIGN, LLC, <br><br>　　　　Fourth-Party Defendant. <br>_____ | CIVIL 14-00470-JMS-KJM |

# ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 28, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF LISA CIMINO, DEFENDANT AND THIRD-PARTY PLAINTIFF KOHALA ZIPLINE, LLC, THIRD-PARTY DEFENDANT ARBOR GLOBAL LLC, AND THIRD-PARTY DEFENDANT BONSAI DESIGN, LLC'S JOINT PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BY AND BETWEEN KOHALA ZIPLINE, LLC AND PLAINTIFF LISA CIMINO," ECF No. 175, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, December 16, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge